**08 CRIM 282**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

       -v.-                      :     NOTICE OF INTENT TO
                                        FILE AN INFORMATION
MARTIN S. BODNER,                :

       Defendant.                :     JUDGE CASTEL

- - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 27, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

            By:  _____
                  Daniel W. Levy
                  Assistant United States Attorney

            AGREED AND CONSENTED TO:

            _____
            Steven G. Kobre, Esq.
            Matthew I. Menchel, Esq.
            Kobre & Kim LLP
            Attorneys for Defendant
            Martin S. Bodner

*USDC SDNY — ELECTRONICALLY FILED — 3/27/08*