UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

MARTIN S. BODNER,

       Defendant.

------------------------------------------------------------x

08 CR 282 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of the government, consented to by defense counsel, the conference previously scheduled for April 30, 2008 is adjourned until June 2, 2008 at 10:00 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties additional time to work towards a disposition of the case. Accordingly, the time between today and June 2, 2008 is excluded.

      SO ORDERED.

                                P. Kevin Castel
                                United States District Judge

Dated: New York, New York
       April 28, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08