7/2/2008 5:05 PM FROM: Fax Kobre_Kim LLP  TO: +1 (212) 8057949  PAGE: 002 OF 003

# MEMO ENDORSED

**KOBRE & KIM** LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

NEW YORK
WASHINGTON, DC

WWW.KOBREKIM.COM

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920

July 2, 2008

**BY FAX**

Honorable Judge P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

    Re:    **United States v. Martin Bodner**
              **(Case No. 08-CR-282 (PKC))**

Dear Judge Castel:

    We represent Martin Bodner in the above-captioned matter. We write on behalf of Mr. Bodner to respectfully request that his conditions of release be modified to permit him to travel from New York City to Marlborough, New Jersey from July 11-12 to attend an event that is being held in his wife's honor. Mr. Bodner lives in New York City and his travel is limited to the Southern and Eastern Districts of New York. We have consulted with Assistant United States Attorney Daniel Levy, and he has informed us that the Government has no objection to this request.

*[Handwritten endorsement:] Application granted for this one trip to New Jersey July 11 and 12, 2008. SO ORDERED. [signature] USDJ 7-2-08*

The Honorable P. Kevin Castel
July 2, 2008
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew I. Menchel
212.488.1208

SO ORDERED:

_____
Hon. P. Kevin Castel

cc:   Daniel Levy, Assistant United States Attorney
      Luis I. Piedra, Pretrial Services Officer

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.